MILO THOMAS, 1ST., Appellant, v. McCURDY & COMPANY, INC., Respondent.— Judgment and orders affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for specific performance. One order denies plaintiff's motion to restrain defendant from commencing a summary proceeding and grants defendant's motion to dismiss plaintiff's complaint. The second order settles the record on appeal.) Present — Taylor, P. J , Dowling, Harris, Larkin and Love, JJ.

In the Matter of the Application of EDWARD C. EATON, as Treasurer of the Gowanda State Homeopathic Hospital, for the Support of ALTON KORZE-NIEWSKI, Respondent. THEODORE KORZENIEWSKI et al., Appellants.— Order affirmed, without costs of this appeal to any party. All concur. (The order confirms a determination directing parents to contribute to the support of their son in the Gowanda State Hospital.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

## FIRST DEPARTMENT, DECEMBER, 1945.
### (December 7, 1945.)

THE LICTORIO, INC., Appellant, v. SEARS INTERNATIONAL, INC., et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.

MORRIS FEINBERG, Respondent, v. ETHEL FEINBERG, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MARSH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.

In the Matter of MAUD FRANKLIN, Respondent, against ALLAN FRANKLIN, Appellant.— Order affirmed. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the proceeding. No opinion. [See 270 App. Div. 760.]

JOSEPH FRIEDMAN, Respondent, v. JAMES R. KAYE et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.

GEORGE CANNATA, Respondent, v. DOMINICK CARICONE et al., Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to $2,659.19, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.

GLAYDAS HERZBERG, Doing Business as SEAL-COTE COMPANY, Appellant, v. REVLON PRODUCTS CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.